# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

147725

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

THOMAS B. ALLEN,
   Claimant-Appellant,

v

            SC: 147725
            COA: 313013
            Ingham CC: 12-000218-AE

DEMMER CORP.,
   Employer-Appellee,

and

DEPARTMENT OF LICENSING
AND REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE
AGENCY,
   Agency-Appellee.

_____/

   On order of the Court, the application for leave to appeal the August 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



h1216

          Clerk